791 A.2d 1152

**Frank NELLOM, Appellant**

**v.**

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

**No. 144 MAP 2001.**

Supreme Court of Pennsylvania.

Jan. 15, 2002.

**ORDER**

PER CURIAM:

**AND NOW,** this 15th day of January, 2002, the order of the Commonwealth Court is affirmed.